Case # 15-25-00052

Kavin Russell

VS

Ebonie Mcdonald

To whome my brief is due May 23, 2025 I am reaching out to ask for extra time (30 Days) to file and make sure everything is in order and correct.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 2 8 2025

CHRISTOPHER A. PRINE
CLERK

Kavin Russell
1803 W Audie Murphy Pkwy #1301
Farmersville Tx 75442

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 28 2025

CHRISTOPHER A. PRINE
CLERK

NORTH TEXAS TX P&DC
DALLAS TX 750
24 MAY 2025 PM 5 L



Fifteenth Court Of Appeals
P.O. Box 12852
Austin, Texas 78711

78711-28252